No. 09–11419. IN RE THOMAS;
No. 10–5171. IN RE HARRIS; and
No. 10–5428. IN RE RUSTON. Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of habeas corpus dismissed. See this Court's Rule 39.8.

No. 09–1444. IN RE ANDERSON ET AL.;
No. 09–1510. IN RE CORRIGAN;
No. 09–1516. IN RE HEIDE ET AL.;
No. 09–1524. IN RE DUBIN;
No. 09–10584. IN RE DIXON;
No. 09–10724. IN RE DANIEL;
No. 09–10903. IN RE TOWNSEND;
No. 09–10974. IN RE BECK;
No. 09–11163. IN RE MURRAY;
No. 09–11175. IN RE PHILLIPS;
No. 09–11209. IN RE DAILEY;
No. 09–11284. IN RE COULOMBE;
No. 10–95. IN RE COUNCE;
No. 10–5030. IN RE WHITE;
No. 10–5193. IN RE BRYANT;
No. 10–5368. IN RE CABALLERO MAGANA;
No. 10–5525. IN RE SUKUP; and
No. 10–5596. IN RE BOWERSOCK. Petitions for writs of mandamus denied.

No. 09–10533. IN RE COX;
No. 09–10534. IN RE CAMPBELL;
No. 09–10925. IN RE CARROLL; and
No. 10–59. IN RE ALBERTSON. Petitions for writs of mandamus and/or prohibition denied.

No. 10–5312. IN RE RUSTON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 10–5154. IN RE ARSAD. Petition for writ of prohibition denied.

No. 09–913. LEWIS *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.